**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AVANCI, LLC, et al.<br><br>Defendants. | CASE NO. 3:19-CV-02933-M |

**DEFENDANTS' AMENDED MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Pursuant to the Court's January 27, 2020 Order (Dkt. 264), Defendants Avanci, LLC; Avanci Platform International Limited; Nokia Corporation; Nokia of America Corporation; Nokia Solutions and Networks US LLC; Nokia Solutions and Networks Oy; Nokia Technologies Oy; Conversant Wireless Licensing SARL; Optis UP Holdings, LLC; Optis Cellular Technology, LLC; Optis Wireless Technology, LLC; and Sharp Corporation (collectively, "Defendants") hereby submit a revised version of their Motion to Dismiss and Memorandum in Support ("Motion").

Attached at Exhibit A is a clean version of Defendants' revised Motion. Exhibit B is a redline version of the same, reflecting the additions to Defendants' original Northern District of California motion, for purposes of reviewing the amount Defendants' added. This version does not reflect the deletions Defendants made from the original motion. Finally, to further assist the Court in determining the amount Defendants added, Exhibit C reflects only material added (rendering it nonsensical to read, but reflecting precisely the length of the added material).

For the reasons set forth in the attached, Defendants request that the Plaintiff's First Amended Complaint be dismissed in its entirety.

Dated: February 10, 2020

Respectfully submitted,

WINSTON & STRAWN LLP

/s/ *Jeffrey L. Kessler*
Jeffrey L. Kessler (*pro hac vice*)
jkessler@winston.com
Aldo A. Badini (*pro hac vice*)
abadini@winston.com
Susannah P. Torpey (*pro hac vice*)
storpey@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Mark S. Werbner (TXBN 21179700)
mwerbner@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Ste. 900
Dallas, TX 75201
Telephone: (214) 453-6528
Facsimile: (214) 453-6400

Ian L. Papendick (*pro hac vice*)
ipapendick@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Counsel for Defendants Avanci, LLC and Avanci Platform International Ltd.*

IRELL & MANELLA LLP

*/s/ Jason G. Sheasby*
Jason G. Sheasby (SBN 205455)
jsheasby@irell.com
H. Annita Zhong (SBN 266924)
hzhong@irell.com
IRELL & MANELLA LLP

ALSTON & BIRD LLP

*/s/ Michael J. Newton*

Michael J. Newton (SBN 24003844)
**ALSTON & BIRD LLP**
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
mike.newton@alston.com

Teresa T. Bonder (*pro hac vice*)
**ALSTON & BIRD LLP**
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
Facsimile: (415) 243-1001
teresa.bonder@alston.com

Mark A. McCarty (*pro hac vice*)
Matthew D. Richardson (*pro hac vice*)
John D. Haynes (*pro hac vice*)
Andrew J. Tuck (*pro hac vice*)
Kristen Bromberek (*pro hac vice*)
Amanda M. Waide (*pro hac vice*)
Bryan W. Lutz (*pro hac vice*)
ALSTON & BIRD LLP
1201 W. Peachtree St.
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
mark.mccarty@alston.com
matt.richardson@alston.com
john.haynes@alston.com
andy.tuck@alston.com
kristen.bromberek@alston.com
amanda.waide@alston.com
bryan.lutz@alston.com

1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Counsel for Defendants Optis UP Holdings, LLC, Optis Wireless Technology, LLC, and Optis Cellular Technology, LLC*

PILLSBURY WINTHROP SHAW PITTMAN LLP

*/s/ Christopher Kao*
Christopher Kao (SBN 237716)
christopher.kao@pillsburylaw.com
David J. Tsai (SBN 244479)
david.tsai@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

*Specially Appearing for Defendant Sharp Corporation*

*Attorneys for Defendants Nokia Corporation, Nokia of America Corporation, Nokia Solutions and Networks US LLC, Nokia Solutions and Networks Oy, and Nokia Technologies Oy*

BAKER BOTTS LLP

*/s/ James G. Kress*
James G. Kress (*pro hac vice*)
james.kress@bakerbotts.com
700 K Street., NW
Washington, D.C. 20001
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

Peter K. Huston (*pro hac vice*)
peter.huston@bakerbotts.com
Tina V. Ngo (*pro hac vice*)
tina.ngo@bakerbotts.com
101 California Street, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

Harrison Rich (SBN 24083730)
harrison.rich@bakerbotts.com
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

*Counsel for Defendant Conversant Wireless Licensing SARL*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above and foregoing document has been served on February 10, 2020 to all counsel of record via the Court's CM/ECF system.

*/s/ Michael J. Newton*
Michael J. Newton